# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 492 EAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ANDREW LINEMAN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND  NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to the remaining issues.  The issue, as stated by petitioner, is:

Did the Superior Court panel err, and enter a ruling that conflicts with a holding of the Pennsylvania Supreme Court, and/or another holding of the Superior Court, when it held that the evidence is sufficient as a matter of law to support the convictions in these matters where the evidence did not establish beyond a reasonable doubt that [Petitioner] did not act with justification and in self-defense?

The parties are directed to address *Commonwealth v. Torres*, 766 A.2d 342 (Pa. 2001).